UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

RECEIVED
10 JAN 27 AM 9:34
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Debtor: KARST, Bruce Leo and Alissa Ann

Chapter 7 Case No. 09-42440

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US BANK N.A.<br>P.O. Box 5229<br>Cincinnati OH 45201 | 8 | $ 202.90 | $ 1.31 |
| HSBC BANK NEVADA, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712 | 12 | $ 538.44 | $ 3.49 |

= 4.80

Date: 1/25/2010

J. Richard Stermer, Trustee

#189937